FOREST LODGE, INC., PLAINTIFF-RESPONDENT, v.
QUACKER AGENCY, INC., DEFENDANT-PETITIONER.

*Messrs. Friedman & D'Alessandro* for the petitioner.

*Mr. David M. Hoffman* for the respondent.

December 19, 1966. Denied.

JOSEPH DE LUCIA, PLAINTIFF-RESPONDENT, v. ERNEST
J. LANG, JR., *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Saling, Boglioli & Moore* for the petitioners.

*Mr. Irving E. Keith* for the respondent.

December 19, 1966. Denied.

COMMITTEE FOR GOOD GOVERNMENT OF BURLINGTON
COUNTY, *ET ALS.*, PLAINTIFFS-PETITIONERS, v.
CHARLES H. EHRLICH, *ET ALS.*, DEFENDANT-RESPON-
DENTS.

*Mr. Gerald E. Haughey* and *Mr. Paul R. Melletz* for the
petitioners.

*Mr. Sanford Soren* for the respondents.

December 19, 1966. Denied.